United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWAR ALEXANDER GARCIA-VILLARROEL, | § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:26-CV-02651 |
| RANDY TATE, | § § § | |
| Respondent. | § | |

## <u>ORDER</u>

Before the Court is United States Magistrate Judge Palermo's Memorandum and Recommendation filed on May 12, 2026. Doc. #12. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Petitioner's Petition for Writ of Habeas Corpus (Doc. #1) is DISMISSED AS MOOT without prejudice. This is a final judgment. The Clerk is DIRECTED to close this case.

It is so ORDERED.

**MAY 2 7 2026**

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge